**PARVIN v. STATE.**
No. 26172.

Court of Criminal Appeals of Texas.
Jan. 14, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is burglary; the punishment, two years in the penitentiary.

The record is before us without a statement of facts or bills of exception.

All the proceedings appear regular; and nothing being presented for our review, the judgment of the trial court is affirmed.